```
BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-20 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATE FOR JUDGMENT AND SENTENCING |
| ANTHONY PORTILLO ) | |
| Defendant. ) | |

The parties request that the judgment and sentencing date in this case be continued from January 30, 2012 to June 18, 2012 at 9:30 a.m. All parties have agreed to a continuation to allow for additional investigation into issues relevant to the defendant's sentence.

```
                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Dominique N. Thomas
DATE: January 24, 2012    By:   _____
                                DOMINIQUE N. THOMAS
                                Assistant U.S. Attorney
```

1

DATE: January 24, 2012

/s/ Christopher Wing
_____
CHRISTOPHER H. WING
Attorney for Defendant

**SO ORDERED.**

DATE:  January 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE