| | |
|---|---|
| 1 | LAW OFFICES OF |
| 2 | WING & PARISI |
|   | A PROFESSIONAL CORPORATION |
|   | 1101 E STREET |
| 3 | SACRAMENTO, CA 95814 |
|   | 441-4888 |
| 4 | State Bar #063214 |

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   Cr. S 11-20 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR JUDGMENT AND SENTENCING |
| v. | |
| ANTHONY PORTILLO | |
| Defendant, | |

The parties request that the judgment and sentencing date no set for June 18, 2012 at 9:30 am be continued to August 27, 2012 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant.

                                                      Respectfully Submitted

Date: June 5, 2012                                   /S/ Christopher H. Wing
                                                          CHRISTOPHER H. WING
                                                          Attorney for Defendant

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: June 5, 2012 | | By: | /S/ Lee Bickley<br>LEE BICKLEY<br>Assistant U.S. Attorney |

**SO ORDERED**

Date: June 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.