LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214
ATTORNEYS FOR: **Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY PORTILLO<br>　　　　　Defendant, | No.　Cr. S 11-20 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE DATE FOR<br>JUDGEMENT AND SENTENCING |

　　The parties request that the judgment and sentencing date no set for August 27, 2012 at 9:30 am, be continued to November 13, 2012 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

Date: August 15, 2012　　　　　　　　　　/S/ Christopher H. Wing
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER H. WING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

Date: August 15, 2012　　　　　　　　　　By:　/S/ Lee Bickley
　　　　　　　　　　　　　　　　　　　　　　　LEE BICKLEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

///

**SO ORDERED**

Date: August 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///