LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY PORTILLO<br><br>　　　　　Defendant, | No.　Cr. S 11-20 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATE FOR JUDGEMENT AND SENTENCING FROM NOVEMBER 13, 2012 TO FEBRUARY 19, 2013 |

　　　The parties request that the judgment and sentencing date now set for November 13, 2012 at 9:30 am be continued to February 19, 2013 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant. Further Supervising Porbation Officer Casey Horner has been made aware of the continuance and the new date and is in agreement with both and the date has been cleared by Ms. Kirksey-Smith.

　　　　　　　　　　　　　　　　　　//
　　　　　　　　　　　　　　　　　　//
　　　　　　　　　　　　　　　　　　//

///

1

Respectfully Submitted

Date: October 30, 2012        /S/ Christopher H. Wing
                              CHRISTOPHER H. WING
                              Attorney for Defendant


Date: October 30, 2012        BENJAMIN B. WAGNER
                              United States Attorney

                              By: /S/ Lee Bickley
                              LEE BICKLEY
                              Assistant U.S. Attorney


SO ORDERED


Date:   October 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE